# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Ashley Cerventas

**Defendant**(s): Shameka Leggett , United States Customs and Border Protection Agent; John Doe Leggett ; Unknown United States Customs and Border Protection Agents ; United States of America ; Holy Cross Hospital, Inc. ; Ascension Arizona, Inc. ; Patrick Martinez ; Jane Doe Martinez

County of Residence: Santa Cruz

County of Residence: Santa Cruz

County Where Claim For Relief Arose: Santa Cruz

Plaintiff's Atty(s):

**Brian Marchetti** (Ashley Cerventas )
Marchetti Law, PLLC
290 N. Meyer Avenue
Tucson, Arizona  85701
5203342067

**Matthew Davidson** (Ashley Cerventas )
Law Offices of Matthew C. Davidson, Ltd
1859 N. Grand Avenue, Suite 1
Nogales, Arizona  85621
520-281-0433

Defendant's Atty(s):

---

II. Basis of Jurisdiction:    2. U.S. Government Defendant

III. Citizenship of Principal Parties (Diversity Cases Only)

Plaintiff:- N/A

Defendant:- **N/A**

| | |
|---|---|
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI. Cause of Action: | **This action arises, in part, under 28 U.S.C. § 2671, et. seq., the Federal Tort Claims Act.** |

VII. Requested in Complaint

    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Brian Marchetti

    **Date:** 6/8/16

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014