1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MAC BAN LAW OFFICES
Skyline Esplanade
1795 E. Skyline Drive, Suite 155
Tucson, Arizona  85718
Telephone:  (520) 624-6446
Facsimile:  (520) 624-6617
Laura V. Mac Ban (State Bar No. 012328)
lvm@macbanlaw.com
Michael L. Linton (State Bar No. 024729)
mlinton@macbanlaw.com
**Attorneys for** Defendants Holy Cross
Hospital, Inc. and Ascension Arizona, Inc.

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| ASHLEY CERVANTES, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>UNITED STATES CUSTOMS AND<br>BORDER PROTECTION AGENT<br>SHAMEKA LEGGETT and "JOHN DOE"<br>LEGGETT; UNKNOWN UNITED<br>STATES CUSTOMS AND BORDER<br>PROTECTION AGENTS; HOLY CROSS<br>HOSPITAL, INC.; ASCENSION<br>ARIZONA, INC.; PATRICK F.<br>MARTINEZ AND "JANE DOE"<br>MARTINEZ; JOHN DOES 1-5; JANE<br>DOES 1-5; XYZ CORPORATIONS 1-5;<br>ABC PARTNERSHIPS 1-5,<br><br>Defendants. | NO. 4:16-CV-00334-CKJ<br><br><br>**DEFENDANTS HOLY CROSS<br>HOSPITAL, INC. AND<br>ASCENSION ARIZONA,<br>INC.'S EXPERT OPINION<br>TESTIMONY<br>CERTIFICATION**<br><br><br><br>*(Assigned to<br>The Hon. Cindy K. Jorgenson)* |

1

Based upon Plaintiff's Complaint and A.R.S. § 12-2602, *et seq.,* Defendants Holy Cross Hospital, Inc. and Ascension Arizona, Inc. hereby certify that expert opinion testimony is necessary to prove the standard of care and liability of Holy Cross Hospital, Inc.

RESPECTFULLY SUBMITTED this 19th day of August, 2016.

MAC BAN LAW OFFICES, P.A.

By /s/Laura V. Mac Ban
Laura V. Mac Ban
Michael L. Linton
Attorneys for Defendants Holy Cross
Hospital, Inc. and Ascension Arizona, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Matthew C. Davidson, Esq.
Law Offices of Matthew C. Davidson, Ltd.
1859 N. Grand Avenue, Suite 1
Nogales, AZ 85621-1386
Tel: (520) 281-0433
Fax: (520) 281-0553
Email: davidsonlaw@hotmail.com
Attorneys for Plaintiff

Brian Marchetti, Esq.
Marchetti Law, P.L.L.C.
290 N. Meyer Avenue
Tucson, AZ 85701
Tel: (520) 334-2067
Email: brian@yourtucsonlawfirm.com
Attorneys for Plaintiff

Executed this 19th day of August, 2016, at Tucson, Arizona.

/s/ Laura V. Mac Ban