1

**LAW OFFICES OF MATTHEW C.**
**DAVIDSON, LTD**

2

1859 N Grand Ave, Suite 1

3

Nogales, AZ 85621-1386
(520) 281-0433

4

Matthew C. Davidson

5

State Bar No. 015021

6

**MARCHETTI LAW, PLLC**

7

177 N. Church Avenue, Suite 1100
Tucson, Arizona 85701

8

(520) 334-2067
Brian Marchetti, brian@yourtucsonlawfirm.com

9

State Bar No. 027193

10

*Attorneys for Plaintiff*

11

**IN THE UNITED STATES DISTRICT COURT**

12

**DISTRICT OF ARIZONA**

13

14

ASHLEY CERVANTES, a single woman,

15

Plaintiff

**4:16-CV-00334-CKJ**

16

v.

17

UNITED STATES OF AMERICA; UNITED

18

STATES CUSTOMS AND BORDER
PROTECTION AGENT SHAMEKA

**NOTICE OF SERVICE OF**
**PLAINTIFF'S RESPONSES TO**
**DEFENDANT MARTINEZ'**
**INTERROGATORIES TO**
**PLAINTIFF**

19

LEGGETT and "JOHN DOE" LEGGETT;
UNKNOWN UNITED STATES CUSTOMS

20

AND BORDER PROTECTION AGENTS;

21

HOLY CROSS HOSPITAL, INC; PATRICK
F. MARTINEZ AND "JANE DOE"

22

MARTINEZ; QUANTUM PLUS, INC., dba

23

TEAMHEALTH WEST; JOHN DOES 1-5;
JANE DOES 1-5; XYZ CORPORATIONS 1-

24

5; ABC PARTNERSHIPS 1-5

25

Defendants

26

27

28

1   Plaintiff gives notice that she served her Responses to Defendant Martinez'

2   Interrogatories on all defendants by email on March 30, 2017.

3

4   Dated this 30th day of March, 2017

5

6                           **MARCHETTI LAW, PLLC**

7

8                           By:    /s/ Brian Marchetti
                                       Brian Marchetti
9                                      *Attorney for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Laura V. Mac Ban
Michael L. Linton
MAC BAN LAW OFFICES
1795 E. Skyline Drive, Suite 155
Tucson, Arizona 85718
*Attorneys for Defendants Holy Cross*
*Hospital, Inc.*

Michael A. Ambri
Melissa Marcus Kroeger
United States Attorney
District of Arizona
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
*Attorneys for Defendant United States of America*
*And Shamekia Leggett*

James R. Broening
Michelle L. Donovan
BROENING OBERG WOODS & WILSON
PO Box 20527
Phoenix, Arizona 85036
*Attorneys for Defendants Martinez*

Scott A. Holden
Carolyn Armer Holden
Michael J. Ryan
Holden and Armer, PC
4505 East Chandler Blvd., Suite 210
Phoenix, Arizona 85048
(480) 656-0460
*Attorneys for Defendant Quantum Plus, Inc.*