ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
Michael A. Ambri (#021653)
Melissa Marcus Kroeger (#025209)
Assistant U.S. Attorneys
405 W. Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
Fax: (520) 620-7138
Michael.Ambri@usdoj.gov
Melissa.Kroeger@usdoj.gov

*Attorneys for Defendant United States of America and Shamekia Leggett*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Cervantes,<br><br>             Plaintiff,<br><br>v.<br><br>United States of America, et al.<br><br>             Defendants. | 4:16-CV-00334-CKJ<br><br>**NOTICE OF SERVICE OF DEFENDANT UNITED STATES OF AMERICA AND SHAMEKIA LEGGETT'S EXPERT DISCLOSURE STATEMENT** |

Defendants United States of America and Shamekia Leggett give notice that on May 1, 2017, they served their Expert Disclosure Statement on all attorneys of record by electronic mail.

Respectfully submitted this 1st day of May, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Melissa Marcus Kroeger*
MELISSA MARCUS KROEGER
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Matthew C. Davidson<br>Law Offices of Matthew C. Davidson, Ltd.<br>1859 N. Grand Ave., Suite 1<br>Nogales, AZ  85621-1386<br>davidsonlaw@hotmail.com<br><br>Brian Marchetti<br>Marchetti Law, PLLC<br>290 N. Meyer, Ave.<br>Tucson, AZ  85701<br>*Via E-Mail to*<br>brian@yourtucsonlawfirm.com<br><br>*Attorneys for Plaintiff* | James R Broening<br>Michelle Lynn Donovan<br>Broening Oberg Woods & Wilson PC<br>P.O. Box 20527<br>Phoenix, AZ 85036-0527<br>jrb@bowwlaw.com and<br>mld@bowwlaw.com<br><br>*Attorneys for Defendant Patrick Martinez* |
| Laura V. MacBan<br>Michael L. Linton<br>MacBan Law Offices<br>Skyline Esplanade<br>1795 E Skyline Dr, Suite 155<br>Tucson, AZ 85718<br>lvm@macbanlaw.com and<br>mlinton@macbanlaw.com<br><br>*Attorney for Defendant Holy Cross Hospital* | Carolyn Armer Holden<br>Scott A. Holden<br>Holden & Armer PC<br>4505 E Chandler Blvd., Ste. 210<br>Phoenix, AZ 85048<br>dholden@holdenarmer.com and<br>sholden@holdenarmer.com<br><br>Michael James Ryan<br>Ensign Services Incorporated<br>P.O. Box 52020<br>Mesa, AZ 85209<br>*Via E-Mail to* mryan@ensigngroup.net<br><br>*Attorneys for Defendant Quantum Plus, Inc.* |

*s/ Mary McClain*