ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
Michael A. Ambri (#021653)
Melissa Marcus Kroeger (#025209)
Assistant U.S. Attorneys
405 W. Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
Fax: (520) 620-7138
Michael.Ambri@usdoj.gov
Melissa.Kroeger@usdoj.gov

*Attorneys for Defendant United States of America
and Shamekia Leggett*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Cervantes,<br><br>                              Plaintiff,<br><br>v.<br><br>United States of America, et al.<br><br>                              Defendants. | 4:16-CV-00334-CKJ<br><br>**DEFENDANTS UNITED STATES OF AMERICA AND SHAMEKIA LEGGETT'S FACT WITNESS LIST** |

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Scheduling Order (Doc. 34), Defendant United States of America and Officer Leggett submit the following Fact Witness List:

1.    Ashley Cervantes

2.    Officer Chad Harkins

3.    Supervisory Officer Joe M. Hernandez

4.    Officer Veronica D. Gracia

5.    Officer Shamekia Leggett

6.    Supervisory Officer Hugo Nunez

7.    Canine Enforcement Officer Deborah Whitten

8. Chief Robert S. Reed

9. Assistant Port Director Joyce Jarvis

10. Assistant Director of Field Operations Guadalupe Ramirez

11. Chief Hector Navarro

12. Matthew Devaney

13. Juan Cervantes

14. Ana Romo

15. Patrick Martinez, MD

16. Agents, Representatives and/or employees of Holy Cross Hospital, Inc. including: Tracy O'Meara, RN, Mark Bayer, MD, Hosanna Hembree, RN, Thomas Stejskal, MD, Sharon Wolters, MD, Marion Wallace, Registered clerk, Milly Fessler, RN, Victor Noriega, RN, Michelle Gamez, PCT, and Shirley Ortega

17. Agents, representatives and/or employees of Quantum Plus, Inc. dba Teamhealth West

18. Agents, representatives and/or employees of Ascension Arizona, Inc.

19. Joel Block, MD

20. Officer Andres Pelafox

21. Officer Juan Velasco

22. Deputy S. Gonzalez, #135

23. Detective O.M. Pena, #145

24. Orlando Rosas

25. Physicians and/or health care providers involved in the care of Ashley Cervantes including: Joel Block, MD, Dr. Green and Dr. Bejarano

26. Rebuttal/impeachment witnesses.

27. All witnesses listed by Plaintiff, subject to Defendant's objections.

- 2 -

28.   All witnesses listed by Co-Defendants, subject to Defendant's objections.

29.   Foundation witnesses.

30.   Custodians of Record.

31.   All witnesses who may be identified in further disclosures or discovery responses as the matter proceeds.

Discovery is ongoing and Defendants reserve the right to supplement this list as more information becomes available.

Dated this 3rd day of July, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Melissa Marcus Kroeger*
MELISSA MARCUS KROEGER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2017, I served the attached document by electronic mail on the following:

| | |
|---|---|
| Matthew C. Davidson<br>Law Offices of Matthew C. Davidson, Ltd.<br>1859 N. Grand Ave., Suite 1<br>Nogales, AZ  85621-1386<br>_davidsonlaw@hotmail.com_<br><br>Brian Marchetti<br>Marchetti Law, PLLC<br>290 N. Meyer, Ave.<br>Tucson, AZ  85701<br>_brian@yourtucsonlawfirm.com_<br><br>_Attorneys for Plaintiff_ | James R Broening<br>Michelle Lynn Donovan<br>Broening Oberg Woods & Wilson PC<br>P.O. Box 20527<br>Phoenix, AZ 85036-0527<br>_jrb@bowwlaw.com_ and<br>_mld@bowwlaw.com_<br><br>_Attorneys for Defendant Patrick Martinez_ |
| Laura V. MacBan<br>Michael L. Linton<br>MacBan Law Offices<br>Skyline Esplanade<br>1795 E Skyline Dr, Suite 155<br>Tucson, AZ 85718<br>_lvm@macbanlaw.com_ and<br>_mlinton@macbanlaw.com_<br><br>_Attorney for Defendant Holy Cross Hospital_ | Carolyn Armer Holden<br>Scott A. Holden<br>Holden & Armer PC<br>4505 E Chandler Blvd., Ste. 210<br>Phoenix, AZ 85048<br>_dholden@holdenarmer.com_ and<br>_sholden@holdenarmer.com_<br><br>Michael James Ryan<br>Ensign Services Incorporated<br>P.O. Box 52020<br>Mesa, AZ 85209<br>_mryan@ensigngroup.net_<br><br>_Attorneys for Defendant Quantum Plus, Inc._ |

_s/ Pam Vavra_

- 4 -