**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ashley Cervantes,<br><br>   Plaintiff,<br><br>v.<br><br>United States of America, *et al.*,<br><br>   Defendants. | No. CV-16-0334-TUC-CKJ<br><br>**ORDER** |

   IT IS HEREBY ORDERED that this matter is set for a SETTLEMENT CONFERENCE on **Friday, September 1, 2017 at 9:30 a.m.** before the Honorable Bruce G. Macdonald.[1]  The parties shall meet at the Evo A. DeConcini United States Courthouse, Courtroom 3C.

   IT IS FURTHER ORDERED that lead trial counsel shall attend the settlement conference.  If the parties have any questions or concerns prior to the conference, please contact my law clerk, Marcia Delanty, at (520) 205-4520.

   Dated this 10th day of August, 2017.

                              _____
                              Honorable Bruce G. Macdonald
                              United States Magistrate Judge

---

[1] The settlement conference shall involve only Plaintiff and Defendant United States of America.