**LAW OFFICES OF MATTHEW C. DAVIDSON, LTD**
1859 N Grand Ave, Suite 1
Nogales, AZ 85621-1386
(520) 281-0433
Matthew C. Davidson
State Bar No. 015021

**MARCHETTI LAW, PLLC**
177 N. Church Avenue, Suite 1100
Tucson, Arizona 85701
(520) 334-2067
Brian Marchetti, brian@yourtucsonlawfirm.com
State Bar No. 027193

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ASHLEY CERVANTES, a single woman,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT SHAMEKA LEGGETT and "JOHN DOE" LEGGETT; UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS; HOLY CROSS HOSPITAL, INC; PATRICK F. MARTINEZ AND "JANE DOE" MARTINEZ; QUANTUM PLUS, INC., dba TEAMHEALTH WEST; JOHN DOES 1-5; JANE DOES 1-5; XYZ CORPORATIONS 1-5; ABC PARTNERSHIPS 1-5<br><br>Defendants | **4:16-CV-00334-CKJ**<br><br>**Third Joint Settlement Status Report** |

The parties submit the following Third Joint Settlement Status Report:

Defendants United States of America, Shamekia Leggett, "John Doe" Leggett and Unknown United States Customs and Border Protection Agents were dismissed with prejudice on October 17, 2017 as a result of a settlement reached during the September 1, 2017 settlement conference. Plaintiff and the remaining Defendants have not discussed settlement.

Filed this 1st day of November, 2017

**MARCHETTI LAW, PLLC**

By: /s/ Brian Marchetti
Brian Marchetti
*Attorney for Plaintiff*

**HOLDEN AND ARMER, PC**

By: /s/ Carolyn Armer Holden
Carolyn Armer Holden
*Attorneys for Defendants Quantum Plus, Inc.*

**BROENING OBERG WOODS & WILSON**

By: /s/ Michelle L. Donovan
Michelle L. Donovan
*Attorneys for Defendants Martinez*

**MAC BAN LAW OFFICES**

By: /s/ Laura V. Mac Ban
Laura V. Mac Ban
*Attorneys for Defendants Holy Cross Hospital, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Laura V. Mac Ban
MAC BAN LAW OFFICES
1795 E. Skyline Drive, Suite 155
Tucson, Arizona 85718
*Attorneys for Defendants Holy Cross Hospital, Inc.*

James R. Broening
Michelle L. Donovan
BROENING OBERG WOODS & WILSON
PO Box 20527
Phoenix, Arizona 85036
*Attorneys for Defendants Martinez*

Scott A. Holden
Carolyn Armer Holden
Michael J. Ryan
Holden and Armer, PC
4505 East Chandler Blvd., Suite 210
Phoenix, Arizona 85048
(480) 656-0460
*Attorneys for Defendant Quantum Plus, Inc.*