**LAW OFFICES OF MATTHEW C. DAVIDSON, LTD**
1859 N Grand Ave, Suite 1
Nogales, AZ 85621-1386
(520) 281-0433
Matthew C. Davidson
State Bar No. 015021

**MARCHETTI LAW, PLLC**
177 N. Church Avenue, Suite 1100
Tucson, Arizona 85701
(520) 334-2067
Brian Marchetti, brian@yourtucsonlawfirm.com
State Bar No. 027193

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ASHLEY CERVANTES, a single woman,<br><br>Plaintiff<br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT SHAMEKA LEGGETT and "JOHN DOE" LEGGETT; UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS; HOLY CROSS HOSPITAL, INC; PATRICK F. MARTINEZ AND "JANE DOE" MARTINEZ; QUANTUM PLUS, INC., dba TEAMHEALTH WEST; JOHN DOES 1-5; JANE DOES 1-5; XYZ CORPORATIONS 1-5; ABC PARTNERSHIPS 1-5<br><br>Defendants | 4:16-CV-00334-CKJ<br><br>**Fourth Joint Settlement Status Report** |

The parties submit the following Fourth Joint Settlement Status Report:

Plaintiff and the remaining Defendants have not discussed settlement.

Filed this 1st day of February, 2018

**MARCHETTI LAW, PLLC**

By:    /s/ Brian Marchetti
        Brian Marchetti
        *Attorney for Plaintiff*

**HOLDEN AND ARMER, PC**

By:    /s/ Carolyn Armer Holden
        Carolyn Armer Holden
        *Attorneys for Defendants Quantum*
        *Plus, Inc.*

**BROENING OBERG WOODS & WILSON**

By:    /s/ Michelle L. Donovan
        Michelle L. Donovan
        Cody Hall
        *Attorneys for Defendants Martinez*

**MAC BAN LAW OFFICES**

By:    /s/ Laura V. Mac Ban
        Laura V. Mac Ban
        *Attorneys for Defendants*
        *Holy Cross Hospital, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        I hereby certify that on February 1, 2018, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
4    Notice of Electronic Filing to the CM/ECF registrants:

5    Laura V. Mac Ban
     MAC BAN LAW OFFICES
6    1795 E. Skyline Drive, Suite 155
7    Tucson, Arizona 85718
     *Attorneys for Defendants Holy Cross*
8    *Hospital, Inc.*

9
     James R. Broening
10   Michelle L. Donovan
     Cody Hall
11   BROENING OBERG WOODS & WILSON
12   PO Box 20527
     Phoenix, Arizona 85036
13   *Attorneys for Defendants Martinez*

14
     Scott A. Holden
15   Carolyn Armer Holden
     Michael J. Ryan
16   Holden and Armer, PC
17   4505 East Chandler Blvd., Suite 210
     Phoenix, Arizona 85048
18   (480) 656-0460
     *Attorneys for Defendant Quantum Plus, Inc.*
19

20

21

22

23

24

25

26

27

28