LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
POST OFFICE BOX 20527
PHOENIX, ARIZONA 85036
(602) 271-7700

Michelle L. Donovan (027958)
Minute Entries/Orders to: cjg@bowwlaw.com

Attorneys for Defendant Martinez

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ASHLEY CERVANTES, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT SHALEKA LEGGETT and "JOHN DOE" LEGGETT; UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS; HOLY CROSS HOSPITAL, INC.; ASCENSION ARIZONA, INC.; PATRICK F. MARTINEZ AND "JANE DOE" MARTINEZ; JOHN DOES 1-5; JANE DOES 1-5; XYZ CORPORATIONS 1-5; ABC PARTNERSHIPS 1-5,<br><br>Defendants. | NO. 4:16-CV-00334-CKJ<br><br>**DEFENDANT PATRICK MARTINEZ'S RESPONSES TO PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS**<br><br>*(Assigned to the Honorable Cindy Jorgenson)* |

Defendant Patrick F. Martinez, M.D. ("Dr. Martinez"), through his counsel, hereby submits his Response to Plaintiff's "additional facts" filed with her Controverting Statement of Facts.

8. Admit Plaintiff is a U.S. citizen and crossed the border at Nogales Port of Entry

on foot on October 18, 2014. Dispute that Plaintiff only had breakfast and returned to the border immediately after breakfast. *See* U.S. Customs and Border Protect Person Encounter List, attached hereto as Exhibit 1.

9. Admit no contraband was found on Plaintiff. Dispute whether she used drugs in Mexico. *See* Deposition of Officer Leggett at 152:9-154:7, 177:22-179:25, attached hereto as Exhibit 2.

10. Admit Plaintiff is a U.S. Citizen and that no contraband was found. Dispute that Ashley was detained at the Port of Entry for "at least, a few hours". *See* TECS, Holy Cross Medical Records, attached hereto as Exhibit 3.

11. Admit Plaintiff was in custody of CBP.

12. Object to the use of Dr. Levine's Declaration as admissible evidence to support the allegations contained in Paragraph 11. Objection notwithstanding, admit no search warrant was obtained.

14. Admit Plaintiff was in custody and transported to the hospital by CBP for an x-ray.

15. Admit in part and dispute in part. Admit the testimony cited supports the allegations in Paragraph 15 except for the final sentence. It is disputed that a body cavity search performed by a medical doctor at a private hospital is "on behalf of CBP". An examination by a private doctor at a private hospital is not a search on behalf of CBP. CBP has no authority to force the physician to perform an exam and does not direct the physician's medical decision-making. While CBP agents may request an x-ray or exam, whether an x-ray or exam are appropriate under the circumstances is a decision made by the physician. *See* Officer Leggett's deposition at 165:16-167:2, 180:24-181:4, 191:11-192:22, attached hereto as Exhibit 2. . *See also* Dr. Lev's expert report dated May 1, 2017 and July 3, 2017 and Declaration of Dr. Levin, attached hereto as Exhibit 4.

16. Object Dr. Levine's Declaration is admissible evidence of the lack of x-ray.

Objection notwithstanding, admit no x-ray was taken.

17. Disputed. *See* Dr. Martinez's verified Discovery Responses, attached hereto as Exhibit 5. *See also* Officer Leggett's deposition at 170:8-171:5, 150:4-155:9, 157:15-158:9, attached hereto as Exhibit 2.

18. Disputed. Dr. Levine, Plaintiff's own expert, testified that a foreign body is a medical condition (58:6-12), that an emergency physician has a duty to evaluate all patients that present to the emergency department (24:8-24:25), and that regardless of why a patient is brought to the hospital, the physician's primary duty is to ensure the patient is stable (37:23-38:10). Dr. Levine's deposition, attached hereto as Exhibit 6. *See also* Officer Leggett's deposition at 186:1-187:8, attached hereto as Exhibit 2.

19. Admit. Dispute the allegation the informed consent was lacking. *See* Dr. Martinez's Verified Discovery Responses.

20. Admit there is no documentation specific to a pelvic and rectal examination in the Holy Cross records. Deny there is a lack of consent and assert that the signed Conditions of Admission form is a consent to treatment that includes a pelvic and rectal examination. *See* Dr. Lev's expert report dated May 1, 2017 and July 3, 2017 and Declaration of Dr. Levin, attached hereto as Exhibit 4.

21. Admit in part and dispute in part. Admit Plaintiff was on her menstrual cycle and that she denied using drugs. Dispute that she was not provided medical care or that the reasons prompting the examination by Dr. Martinez were not medical related. As Plaintiff's own expert admits, her vital signs were slightly elevated and regardless of why she was brought to the hospital, the emergency physician has a duty to make sure she is stable. *See* Deposition of Dr. Levine at 35:13-38:6, attached hereto as Exhibit 6. *See* also Dr. Lev's expert report dated May 1, 2017 and July 3, 2017 and Declaration of Dr. Levin, attached hereto as Exhibit 4.

22. Admit.

3

23. Admit in part and dispute in part. Admit Plaintiff underwent a pelvic and rectal examination by Dr. Martinez and there is no documentation in chart specific to a signed consent for a pelvic and rectal examination. Dispute that Plaintiff did not consent to the examination *See* Deposition of Officer Leggett at 170:8-171:5, attached hereto as Exhibit 2.

24. Disputed. *See* Dr. Lev's expert report dated May 1, 2017 and July 3, 2017 and Declaration of Dr. Levin, attached hereto as Exhibit 4.

25. Disputed. *See* Dr. Lev's expert report dated May 1, 2017 and July 3, 2017 and Declaration of Dr. Levin, attached hereto as Exhibit 4.

26. Admit.

27. Admit.

RESPECTFULLY SUBMITTED this 4th day of April, 2018.

**BROENING OBERG WOODS & WILSON, P.C.**

By /s/*Michelle L. Donovan*
Michelle L. Donovan
Post Office Box 20527
Phoenix, Arizona 85036
*Attorneys for Defendant Martinez*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on April 4, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Matthew D. Davidson, Esq.
**LAW OFFICES OF MATTHEW C. DAVIDSON, LTD**.
1859 N. Grand Avenue, Suite 1
Nogales, AZ 85621
*Attorneys for Plaintiff*

Brian Marchetti, Esq.
**MARCHETTI LAW, P.L.L.C.**
290 N. Meyer Avenue
Tucson, AZ 85701
*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | Laura V. Mac Ban<br>Michael L. Linton |
| 2 | **MAC BAN LAW OFFICES**<br>Skyline Esplanade |
| 3 | 1795 E. Skyline Drive, Suite 155<br>Tucson, AZ 85718 |
| 4 | *Attorneys for Defendants Holly Cross*<br>*Hospital, Inc. and Ascension Arizona, Inc.* |
| 5 | |
| 6 | Scott A. Holden, Esq.<br>Carolyn Armer Holden, Esq. |
| 7 | Michael J. Ryan, Esq.<br>**HOLDEN & ARMER, PC** |
| 8 | 4505 East Chandler Blvd. Suite 210<br>Phoenix, AZ 85048 |
| 9 | *Attorneys for Defendants Quantum Plus, Inc.*<br>*dba Teamhealth West* |

By  /s/*Gina Barrera*

5