MAC BAN LAW OFFICES
Skyline Esplanade
1795 E. Skyline Drive, Suite 155
Tucson, Arizona 85718
Telephone: (520) 624-6446
Facsimile: (520) 624-6617
Laura V. Mac Ban (SB# 012328)
lvm@macbanlaw.com
**Attorneys for** Defendant
Holy Cross Hospital, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ASHLEY CERVANTES, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT SHAMEKA LEGGETT and "JOHN DOE" LEGGETT; UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS; HOLY CROSS HOSPITAL, INC.; PATRICK F. MARTINEZ AND "JANE DOE" MARTINEZ; QUANTUM PLUS, INC., dba TEAMHEALTH WEST; JOHN DOES 1-5; JANE DOES 1-5; XYZ CORPORATIONS 1-5; ABC PARTNERSHIPS 1-5,<br><br>Defendants. | NO. 4:16-CV-00334-CKJ<br><br>**DEFENDANT HOLY CROSS HOSPITAL, INC.'S NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL LINTON**<br><br>*(Assigned to*<br>*The Hon. Cindy K. Jorgenson)* |

{00281051;1}                                       1

Defendant Holy Cross Hospital, Inc. hereby gives notice that Attorney Michael L. Linton is no longer employed by Mac Ban Law Offices and is now employed at the Udall Law Firm.  Holy Cross Hospital respectfully requests Michael L. Linton be removed from the Court's electronic distribution list in the above captioned matter.

DATED this 5th day of April, 2018.

MAC BAN LAW OFFICES, P.A.

By /s/ Laura V. Mac Ban
   Laura V. Mac Ban
   Attorneys for Defendant Holy Cross Hospital, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

Matthew C. Davidson, Esq.
Law Offices of
Matthew C. Davidson, Ltd.
1859 N. Grand Avenue, Suite 1
Nogales, AZ  85621-1386
Attorneys for Plaintiff
mdavidsonlaw@gmail.com

Brian Marchetti, Esq.
Marchetti Law, P.L.L.C.
290 N. Meyer Avenue
Tucson, AZ  85701
Attorneys for Plaintiff
brian@yourtucsonlawfirm.com

James R. Broening, Esq.
Michelle L. Donovan, Esq.
Broening, Oberg, Woods & Wilson, PC
P.O. Box 20527
Phoenix, AZ  85036-0527
Attorneys for Defendant
Patrick Martinez
jrb@bowwlaw.com
mld@bowwlaw.com

Carolyn Armer Holden, Esq.
Michael J. Ryan, Esq., Of Counsel
Holden & Armer, P.C.
4505 E. Chandler Boulevard, Suite 210
Phoenix, AZ  85048
Attorneys for Defendant Quantum Plus, Inc.
dba TeamHealth West
dholden@holdenarmer.com
mryan@holdenarmer.com

/s/Karen Norton