**LAW OFFICES OF MATTHEW C. DAVIDSON, LTD**
1859 N Grand Ave, Suite 1
Nogales, AZ 85621-1386
(520) 281-0433
Matthew C. Davidson
State Bar No. 015021

**MARCHETTI LAW, PLLC**
177 N. Church Avenue, Suite 1100
Tucson, Arizona 85701
(520) 334-2067
Brian Marchetti, brian@yourtucsonlawfirm.com
State Bar No. 027193

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ASHLEY CERVANTES, a single woman, <br><br> Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION AGENT SHAMEKA LEGGETT and "JOHN DOE" LEGGETT; UNKNOWN UNITED STATES CUSTOMS AND BORDER PROTECTION AGENTS; HOLY CROSS HOSPITAL, INC; PATRICK F. MARTINEZ AND "JANE DOE" MARTINEZ; QUANTUM PLUS, INC., dba TEAMHEALTH WEST; JOHN DOES 1-5; JANE DOES 1-5; XYZ CORPORATIONS 1-5; ABC PARTNERSHIPS 1-5 <br><br> Defendants | 4:16-CV-00334-CKJ <br><br><br> **Fifth Joint Settlement Status Report** |

1

The parties submit the following Fifth Joint Settlement Status Report:

2

3

Plaintiff and the remaining Defendants have not discussed settlement.

4

Filed this 1st day of May, 2018

5

6

**MARCHETTI LAW, PLLC**

7

8

By:___/s/ Brian Marchetti_____
        Brian Marchetti
        *Attorney for Plaintiff*

9

10

**HOLDEN AND ARMER, PC**

11

12

By:___/s/ Carolyn Armer Holden___
        Carolyn Armer Holden
        *Attorneys for Defendants Quantum*
        *Plus, Inc.*

13

14

**BROENING OBERG WOODS & WILSON**

15

16

By:___/s/ Michelle L. Donovan_____
         Michelle L. Donovan
         Cody Hall
         *Attorneys for Defendants Martinez*

17

18

**MAC BAN LAW OFFICES**

19

20

By:___/s/ Laura V. Mac Ban_____
         Laura V. Mac Ban
         *Attorneys for Defendants*
         *Holy Cross Hospital, Inc.*

21

22

23

24

25

26

27

28

- 1 -

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on May 1, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

4

5

Laura V. Mac Ban
MAC BAN LAW OFFICES

6

1795 E. Skyline Drive, Suite 155

7

Tucson, Arizona 85718
*Attorneys for Defendants Holy Cross*

8

*Hospital, Inc.*

9

James R. Broening

10

Michelle L. Donovan
Cody Hall

11

BROENING OBERG WOODS & WILSON

12

PO Box 20527
Phoenix, Arizona 85036

13

*Attorneys for Defendants Martinez*

14

Scott A. Holden

15

Carolyn Armer Holden
Michael J. Ryan

16

Holden and Armer, PC
4505 East Chandler Blvd., Suite 210

17

Phoenix, Arizona 85048

18

(480) 656-0460
*Attorneys for Defendant Quantum Plus, Inc.*

19

20

21

22

23

24

25

26

27

28